**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**RHONDA FLEMING,**
**Petitioner,**

**v.** **Case No. 5:26cv9/MCR/MAL**

**WARDEN GABBY,**
**FCI MARIANNA**
**Respondent.**
______________________________/

**O R D E R**

The magistrate judge issued a Report and Recommendation dated May 13, 2025. ECF No. 13. Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a de novo review of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2241 (ECF No. 2) is DENIED.

3. The clerk is directed to close the case file.

**DONE and ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**